UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

JUN 21 2012

DAVID J. MALAND, CLERK
BY
DEPUTY _____

David E Mack )
    Plaintiff )
)
) Case No. 4:12CV303
vs )
)
UNITED RECOVERY SYSTEMS, LP )
    Defendant )
)

## REQUEST FOR CLERK'S ENTRY OF DEFAULT

David E Mack, the Plaintiff in this case, deposes and says under penalty of perjury:

1. I am the Plaintiff in the above-entitled action. I am familiar with all the facts and circumstances in this action.

2. I make this affirmation pursuant to Rule 55.1 and 55.2(A) of the Federal Civil Rules for the Eastern District of Texas in support of Plaintiff's application for the entry of a default judgment against Defendant United Recovery Systems, LP.

3. This is an action to recover statutory damages owed by the Defendant United Recovery Systems, LP for violation of the Fair Credit Reporting Act. The defendant is not an infant, in the military, nor an incompetent person.

4. Jurisdiction of the subject matter is based on Plaintiff at all times being a citizen of the United States and resident of Collin County, Texas per the DCPA §813.

5. This action was commenced on May 16, 2012 by the filing of the summons and complaint. A copy of the summons and complaint was served on the Defendant on May 18, 2012 by Mr. Gary Storm. Service was made via the United States Postal Service on May 18, 2012 requiring a signed receipt certificate number 70100780000005828802 pursuant to FRCP 4 and 12 on the Defendant, United Recovery Systems, LP located at 5800 N. Course Drive, Houston, Texas 77072. Proof of service was filed with the Clerk of the Court and the Court assigned the case number 4:12CV303.

6. Defendant has not answered the complaint and the time for Defendant to answer the complaint has expired ref FRCP 12.

7. This action seeks judgment for statutory damages in the amount of $1,000.00 plus costs which is justly due and owing and no part of which has been paid to date.

    WHEREFORE, Plaintiff requests the entry of Default and the entry of Judgment against the Defendant.

~~Dated: In Dallas, Texas, June 21, 2012~~

Respectfully Submitted,

David E Mack
7720 McCallum Blvd. #2099
Dallas, Texas 75252
972-735-9642