**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **DAVID E. MACK,** | § | |
| **Plaintiff** | §<br>§<br>§ | |
| **v.** | §<br>§ | **CIVIL ACTION NO. 4:12-CV-303-RC-ALM** |
| **UNITED RECOVERY SYSTEMS, L.P.** | §<br>§ | |
| **Defendant** | §<br>§<br>§ | |

**ORDER GRANTING DEFENDANT'S**
**MOTION TO DISMISS FOR INSUFFICIENT SERVICE**

CAME ON TO BE CONSIDERED, Defendant, United Recovery Systems, LP's, Motion to Dismiss for Insufficient Service of the Federal Rules of Civil Procedure 12(b)(4) and (5).  The Court, having considered the motion, the response, if any, the pleadings on file herein, and the applicable law, finds that Defendant's Motion to Dismiss for Defective Service is meritorious and well-taken.  It is therefore, ORDERED that Defendant United Recovery Systems, LP's Motion to Dismiss is hereby GRANTED.

It is further ORDERED that Plaintiff's Complaint is dismissed in its entirety, without prejudice. It is further ORDERED that all relief sought in Plaintiff's Compliant is denied without prejudice.  It is further ORDERED that Defendant United Recovery Systems, LP's does have and is entitled to its costs of court from Plaintiff David E. Mack.

1

APPROVED AND ENTRY REQUESTED:

SPROTT RIGBY NEWSOM ROBBINS,
& LUNCEFORD, PC

*/s/Kandy E. Messenger*
KANDY E. MESSENGER
State Bar No. 24053360
Fed. ID. 638777
2211 Norfolk, Suite 1150
Houston, Texas    77098
Tel:  (713) 523-8338
Fax:  (713) 523-9422
**ATTORNEYS FOR DEFENDANT**