UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| DAVID E. MACK, § | |
| § | |
| Plaintiff § | |
| § | |
| v. § | CIVIL ACTION NO. 4:12-CV-303-RC-ALM |
| § | |
| UNITED RECOVERY SYSTEMS, § | |
| L.P. § | |
| § | |
| Defendant § | |

**DEFENDANT UNITED RECOVERY SYSTEMS, LP'S AMENDED CERTIFICATE OF SERVICE FOR DEFENDANT'S MOTION TO DISMISS FOR INSUFFICIENCY OF SERVICE OF PROCESS AND SUPPORTING BRIEF**

The undersigned does hereby certify that on the **22nd of July 2012**, a true and correct copy of the foregoing was served by certified mail return receipt requested via the United States Postal Service on the following:

David E. Mack                                               *Via CMRRR*
7720 McCallum Blvd. #2099
Dallas, TX 75252
*Pro Se* Plaintiff

                                                                                                                */s/Kandy E. Messenger*
                                                                                               Kandy E. Messenger
                                                                                               State Bar No. 24053360
                                                                                               Fed. ID. 638777
                                                                                               2211 Norfolk Suite 1150
                                                                                               Houston, Texas   77098
                                                                                               Tel:  (713) 523-8338
                                                                                               Fax: (713) 523-9422
                                                                                               messenger@sprottrigby.com
                                                                                               LEAD ATTORNEY FOR DEFENDANT
                                                                                               UNITED RECOVERY SYSTEMS, LP