AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Texas

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

SEP 0 4 2012

BY
DEPUTY

| | | |
|---|---|---|
| David E. Mack | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| Plaintiff(s) | ) | |
| v. | ) | Civil Action No. 4:12CV303 |
| UNITED RECOVERY SYSTEMS, LP | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| Defendant(s) | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  United Recovery Systems, LP
5800 N. Course Drive
Houston, Texas 77072

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   David E. Mack
7720 McCallum Blvd. #2099
Dallas, Texas 75252

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 8/27/2012

**DAVID J. MALAND**
*Signature of Clerk or Deputy Clerk*

Deborah T. Boreau
CAO
Chief Administrative Officer
Registered Agent

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:12CV303

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* United Recovery Systems, LP
was received by me on *(date)* 8/29/12 at 12:30 pm

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Deborah Boneah -Chief * , who is designated by law to accept service of process on behalf of *(name of organization)* United Recovery Systems, LP - 5800 N Course Dr, Houston, TX 77072 on *(date)* 8/29/12 at 1:10 pm ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:
* Administrative Officer & Registered Agent (Signature on Front of Summons)

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 8/29/12

*Server's signature*

Jennifer Little SCH5815 exp 9-30-12 process server
*Printed name and title*

3801 Kirby Dr Ste 313, Houston, TX 77098
*Server's address*

Additional information regarding attempted service, etc: