# United States District Court

**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| DAVID E. MACK | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:12cv303 |
| | § | (Judge Clark/Judge Mazzant) |
| UNITED RECOVERY SYSTEMS, LP | § | |

### ORDER

Pending before the Court is Defendant United Recovery Systems, LP's Motion to Dismiss for Insufficiency of Service of Process (Dkt. #8). On August 30, 2012, Plaintiff filed a response to Defendant's motion. In the response, Plaintiff indicates that Defendant is being re-served, which the Court will allow.

It is therefore **ORDERED** that Defendant United Recovery Systems, LP's Motion to Dismiss for Insufficiency of Service of Process (Dkt. #8) is **DENIED** as moot at this time.

**SIGNED this 5th day of September, 2012.**

_____
AMOS L. MAZZANT
UNITED STATES MAGISTRATE JUDGE