IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

DAVID E. MACK
    Plaintiff

vs

Case No. 4:12CV303

UNITED RECOVERY SYSTEMS, LP
    Defendant

## PLAINTIFF'S MOTION TO DISMISS

TO THE HONORABLE JUDGE OF THIS COURT:

    NOW COMES the Plaintiff, David E. Mack, who after serious consideration and dealing with certain ongoing vision issues has determined that it is in the best interest of not only himself but the Court to dismiss this cause of action.

    Plaintiff does not wish to further burden the Court by wasting its precious judicial resources on trial where a claim for such relatively small damages is at issue. The Plaintiff recognizes the Court's resources are scarce and much better utilized on other more important matters to be heard.

    **WHEREFORE**, the Plaintiff requests the Court issue an Order Dismissing the above styled cause of action WITH PREJUDICE with each party to bear their own costs so that the judicial resources of the United States District Court Eastern Division of Texas are not further burdened.

Respectfully Submitted,

_____
David E Mack
7720 McCallum Blvd. # 2099
Dallas, Texas 75252
972-735-9642

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the document above was sent to the parties listed below by first class mail USPS.

Dated September 6, 2013

David E Mack

Kandy Messenger
SPROTT RIGBY NEWSOM
ROBBINS, & LUNCEFORD, P.C.
2211 Norfolk, Suite 1150
Houston, TX 77098