IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| DAVID E. MACK, | § | |
| *Plaintiff,* | § § § | |
| v. | § § | CIVIL ACTION NO. 4:12cv303 |
| UNITED RECOVERY SYSTEMS, LP, | § § | (Judge Clark/Judge Mazzant) |
| *Defendant.* | § § | |

## ORDER OF DISMISSAL

Before the court is Plaintiff's Motion to Dismiss [Doc. #60]. In the motion, Plaintiff requests that the court dismiss the case with prejudice.

It is **ORDERED** that Plaintiff's Motion to Dismiss [Doc. #60] is GRANTED. The court further **ORDERS** that Plaintiff's claims and causes of action against Defendant are **DISMISSED** in their entirety, with prejudice, with each party to bear their own costs.

All relief not previously granted is hereby **DENIED**.

The Clerk is directed to **CLOSE** this civil action.

So **ORDERED** and **SIGNED** this **10** day of **September, 2013.**

_____
Ron Clark, United States District Judge